1  **FISHER & PHILLIPS LLP**
   MARK J. RICCIARDI, ESQ.
2  Nevada Bar No. 3141
   ALLISON L. KHEEL, ESQ.
3  Nevada Bar No. 12986
4  300 S. Fourth Street
   Suite 1500
5  Las Vegas, NV  89101
   Telephone:  (702) 252-3131
6  FAX:  (702) 252-7411
7  mricciardi@fisherphillips.com
   akheel@fisherphillips.com
8  *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD L. STEVENS, | Case No.: 2:17-cv-03031-JCM-GWF |
| Plaintiff, | |
| vs. | **ACCEPTANCE OF SERVICE AND STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND** |
| VSR INDUSTRIES, INCORPORATED, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time up to and including **February 16, 2018** to answer or otherwise respond to Plaintiff's Complaint on file herein.  This is the first request for an extension of time to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FPDOCS 33639421.1

respond to the Complaint. Defense counsel needs additional time to review and evaluate the case.

| SCHUETZE & MCGAHA, P.C. | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ *Joshua Santeramo*<br>Joshua Santeramo, Esq.<br>701 S. Rancho Drive, Suite C-20<br>Las Vegas, NV 89106<br>Attorneys for Plaintiff | By: /s/ *Allison L Kheel, Esq.*<br>Allison L. Kheel, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 17, 2018

The undersigned hereby accepts service of Plaintiff's Summons and Complaint on behalf of the Defendant in the above-captioned matter.

Dated: January 12, 2018          **FISHER & PHILLIPS LLP**

/s/     *Allison L. Kheel, Esq.*
MARK J. RICCIARDI, ESQ.
Nevada State Bar No. 3141
ALLISON L. KHEEL, ESQ.
Nevada State Bar No. 12986
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendant

FPDOCS 33639421.1

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that on the 12th day of January, 2018, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing Acceptance of Service with the U.S. District Court, and a copy was electronically transmitted from the court to the e-mail address on file for:

Joshua Santeramo, Esq.
William W. McGaha, Esq.

By: /s/ Sarah J. Griffin
An employee of Fisher & Phillips LLP

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 33639421.1