**FISHER & PHILLIPS LLP**
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
FAX: (702) 252-7411
mricciardi@fisherphillips.com
akheel@fisherphillips.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD L. STEVENS, | Case No.: 2:17-cv-03031-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION FOR DIMISSAL** |
| VSR INDUSTRIES, INCORPORATED, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Richard L. Stevens and Defendant VSR Industries Inc., hereby stipulate and agree, subject to the approval and Order of the Court, that this matter be dismissed with prejudice,

/ / /

/ / /

/ / /

/ / /

/ / /

FPDOCS 33900675.1

with each party to bear their own costs and attorney's fees.

Respectfully submitted this the 5th day of April, 2018.

| SCHUETZE & MCGAHA, P.C. | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ *Joshua Santeramo, Esq.* <br> Joshua Santeramo, Esq. <br> 701 S. Rancho Drive, <br> Suite C-20 <br> Las Vegas, NV 89106 <br> Attorneys for Plaintiff | By: /s/ *Allison L Kheel, Esq.* <br> Allison L. Kheel, Esq. <br> 300 South Fourth Street <br> Suite 1500 <br> Las Vegas, NV 89101 <br> Attorneys for Defendant |

Based on the parties' stipulation [ECF No. __17____] and good cause appearing, IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 9, 2018

FPDOCS 33900675.1